FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

April 9, 2015

Hon. David L. Evans
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

District Clerk, Parker County
117 Fort Worth Highway
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

Hon. Craig Towson
Judge, 43rd District Court, Parker County
117 Fort Worth Highway
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

Richard Mitchell
211 S. Rusk St.
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

Don Schnebly
Parker County District Attorney
117 Fort Worth St.
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-15-00097-CR, 02-15-00098-CR
        Trial Court Case Number:     CR14-0355, CR14-0493

Style:     Aaron Jess Marlar
           v.
           The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

Debra Spisak